IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| B.J. PIERCE<br><br>    Plaintiff<br><br>    v.<br><br>TOWNSHIP OF MILLCREEK<br><br>    Defendant | Civil Action No. 04-248 ERIE<br>(Judge Maurice B. Cohill, Jr.)<br><br>ELECTRONICALLY FILED PLEADING<br><br>JOINT MOTION TO ENLARGE DISCOVERY PERIOD AND AMEND CASE MANAGEMENT ORDER<br><br>Counsel of record for these parties:<br><br>Mark J. Kuhar, Esq.<br>Knox McLaughlin Gornall & Sennett, P.C.<br>120 West Tenth Street<br>Erie, PA 16501<br>Tel: (814) 459-2800<br>Fax: (814) 453-4530<br>Email: mkuhar@kmgslaw.com<br>Bar No.: PA71185<br>Attorneys for Defendant<br><br>Richard T. Ruth, Esq.<br>1026 West Sixth Street<br>Erie, PA 16501<br>Tel: (814) 453-6606<br>Fax: (814) 453-5047<br>Email: rt@rtruth.net<br>Bar No.: PA23459<br>Attorney for Plaintiff |

**JOINT MOTION TO ENLARGE DISCOVERY PERIOD
AND AMEND CASE MANAGEMENT ORDER**

AND NOW, this 9th day of September, 2005, come Defendant, Township of Millcreek, and Plaintiff, B.J. Pierce, by and through their attorneys, the undersigned, motioning the Court to enlarge the discovery period and amend the Case Management Order, stating in support thereof the following:

1. Pursuant to the Court's revised Case Management Order dated May 23, 2005, the discovery period is scheduled to end on October 3, 2005.

2. The Court's Order also provided filing deadlines for dispositive motions, pretrial narratives and other matters.

3. The parties have conducted several depositions and anticipate the scheduling and conducting of a significant number of other depositions which will take several months to complete.

4. One or both of the parties expect to obtain medical records from healthcare providers and Defendant anticipates scheduling and conducting a medical examination of Plaintiff.

5. Therefore, the parties request a 60-day enlargement of the discovery period and a similar amendment to the remainder of the schedule in the Court's revised Case Management Order.

6. No prejudice would result if the Court were to grant this motion.

7. This is the parties' second request to enlarge the discovery period.

WHEREFORE, Defendant, Township of Millcreek, and Plaintiff, B.J. Pierce, respectfully request the Court to order that the discovery period be enlarged until December 2, 2005, that dispositive motions be filed on or before January 2, 2006, that Plaintiff's pretrial narrative statement be filed on or before January 17, 2006 and that Defendant's pretrial narrative statement be filed on or before February 6, 2006.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL & SENNETT, P.C.


BY: /s/   Mark J. Kuhar
        Mark J. Kuhar, Esq.
        120 West Tenth Street
        Erie, Pennsylvania 16501-1461
        Phone:  (814) 459-2800
        Fax:  (814) 453-4530
        E-mail:  mkuhar@kmgslaw.com
        Bar No.:  PA71185

        Attorneys for Defendant,
        Township of Millcreek


BY: /s/   Richard T. Ruth
        Richard T. Ruth, Esq.
        1026 West Sixth Street
        Erie, Pennsylvania 16501
        Phone:  (814) 453-6606
        Fax:  (814) 453-5047
        E-mail:  rt@rtruth.net
        Bar No.:  PA23459

        Attorney for Plaintiff,
        Billie Jo Pierce

# 630668