# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| B.J. PIERCE | ) Civil Action No. 04-248 ERIE |
| Plaintiff | ) (Judge Maurice B. Cohill, Jr.) |
| | ) |
| v. | ) ELECTRONICALLY FILED PLEADING |
| | ) |
| TOWNSHIP OF MILLCREEK | ) JOINT MOTION TO ENLARGE |
| | ) DISCOVERY PERIOD AND AMEND CASE |
| Defendant | ) MANAGEMENT ORDER |

Counsel of record for these parties:

Mark J. Kuhar, Esq.
Knox McLaughlin Gornall & Sennett, P.C.
120 West Tenth Street
Erie, PA 16501
Tel: (814) 459-2800
Fax: (814) 453-4530
Email: mkuhar@kmgslaw.com
Bar No.: PA71185
Attorneys for Defendant

Richard T. Ruth, Esq.
1026 West Sixth Street
Erie, PA 16501
Tel: (814) 453-6606
Fax: (814) 453-5047
Email: rt@rtruth.net
Bar No.: PA23459
Attorney for Plaintiff

## ORDER

AND NOW, this _13th_ day of _September_, 2005, this matter coming before the Court upon the parties' Joint Motion to Enlarge Discovery Period and Amend Case Management Order, it is hereby ORDERED that the discovery period shall close on December 2, 2005, and that dispositive motions shall be filed on or before January 2, 2006, Plaintiff's pretrial narrative statement shall be filed on or before January 17, 2006

and Defendant's pretrial narrative statement shall be filed on or before February 6, 2006.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr., Judge

# 632152