### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| B.J. PIERCE | ) Civil Action No. 04-248 ERIE |
| Plaintiff | ) (Judge Maurice B. Cohill, Jr.) |
| v. | ) ELECTRONICALLY FILED PLEADING |
| TOWNSHIP OF MILLCREEK | ) |
| Defendant | ) |

### ORDER

AND NOW, this 28th day of December, 2005, this matter coming before the Court upon the parties' Joint Motion to Amend Case Management Order for Enlargement of Time for Filing Dispositive Motions, it is hereby ORDERED that dispositive motions be filed on or before February 16, 2006, that Plaintiff's pretrial narrative statement be filed on or before March 17, 2006 and that Defendant's pretrial narrative statement be filed on or before April 7, 2006.

Maurice B. Cohill, Jr., Judge

# 632152