IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| B. J. PIERCE | ) | |
| | ) | CIVIL ACTION 04-248  ERIE |
| vs. | ) | |
| | ) | |
| TOWNSHIP OF MILLCREEK | ) | |

## STIPULATION OF DISMISSAL PURSUANT TO
## F.R.C.P. Rule 41(a)(1)(ii)

AND NOW, to wit, come the parties by and through their respective attorneys, and stipulate to the dismissal of the above action with prejudice with each party bearing its own costs and attorney fees.

Date: 3/8/06

Richard T. Ruth, Esq.
Attorney for Plaintiff
1026 West 26th Street
Erie, PA 16508-1516
fax #814-453-5047
tel # 814-453-6606

Date: 3/8/06

Mark J. Kuhar, Esq.
Attorney for Defendant
Knox McLaughlin Gornall & Sennett
120 West Tenth Street
Erie, PA 16501-1461
fax #814-453-4530
tel # 814-459-2800

SO ORDERED:

_____
Judge Maurice B. Cohill, Jr.